United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 7, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 04-60024
Summary Calendar

---

RACHEL CUSA, ET AL,

Plaintiffs

LINDA JEWETT; SHARON L HEATHERLY,

Plaintiffs-Appellants

versus

SAM's TOWN HOTEL & GAMBLING HALL; BOYD GAMING CORPORATION,
doing business as Sam's Town Hotel & Gambling Hall,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:02-CV-63
--------------------

Before BARKSDALE, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.[**]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

[**]*See* 5th Cir. R. 47.6.